IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHUONG VAN DUONG, | ) | |
| Reg. No. 42786-177 | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:17-CV-224-WHA |
| | ) | |
| WALTER WOODS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the court on the February 19, 2019 Recommendation of the Magistrate Judge (Doc. #27). There being no timely objection to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2241 petition for habeas corpus relief filed herein is DENIED.

3. This case is DISMISSED with prejudice as the claims for relief are not properly before the court in a petition for writ of habeas corpus.

A separate Final Judgment will be entered.

DONE this 12th day of March, 2019.

                                            /s/ W. Harold Albritton
                               SENIORUNITED STATES DISTRICT JUDGE